IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-039-DCK

| | |
|---|---|
| PAXXON BROWN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SHARP ELECTRONICS CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of Mediation Session" (Document No. 15) notifying the Court that the parties reached a settlement on or about March 12, 2024. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation Of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **April 12, 2024**.

**SO ORDERED**.

Signed: March 18, 2024

David C. Keesler
United States Magistrate Judge